DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 10-0229-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| JORGE GUILLEN and JOSE BRAVO, | DATE: October 31, 2011<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, September 26, 2011, be continued to Monday, October 31, 2011, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 31, 2011,

/ / /

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 22, 2011  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JORGE GUILLEN

DATED: September 22, 2011  Respectfully submitted,

/s/ Benjamin Galloway for
CLEMENTE JIMENEZ
Attorney for Defendant
JOSE BRAVO

DATED: September 22, 2011  BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT HEREBY ORDERED that this matter is continued to October 31, 2011, at 9:30 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this order September 26, 2011 up to and including October 31, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE