CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE BRAVO,<br><br>  Defendant. | Case No.: 10-229-02 WBS<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  November 5, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE BRAVO, that the sentencing hearing scheduled for November 5, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 7, 2013, at 9:30 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum. Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due: 11/26/12

Final PSR due: 12/3/12

Motion for Correction: 12/10/12

Reply, or Non-Opposition: 12/17/12

J&S: 1/7/13

DATED:     October 31, 2012               /S/     Jason Hitt_____
                                          JASON HITT
                                          Attorney for Plaintiff


                                          /S/     Clemente M. Jiménez_____
                                          CLEMENTE M. JIMÉNEZ
                                          Attorney for JOSE BRAVO


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for November 5, 2012, at 9:30 a.m., be vacated and the matter continued to January 7, 2013, at 9:30 a.m. for judgment and sentencing.

Dated:  November 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE